U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 0 7 2015

TONY R. MOORE, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **JOSHUA P. GUILLORY** | **CIVIL ACTION 13-388** |
| **VERSUS** | **JUDGE HAIK** |
| **WARDEN BURL CAIN** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to Magistrate Judge Patrick Hanna for Report and Recommendation. After full consideration of the record, including the objections filed, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

It is hereby **ORDERED** that petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 USC section 2254 is **DISMISSED WITH PREJUDICE** as the claims are without merit.

**THUS DONE and SIGNED** on this ___7th___ day of October, 2015.

_____
RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA